**2014–2195. State v. Hartsock.**
Warren App. No. CA2014–01–020, 2014-Ohio-4528. On motion for delayed appeal. Motion granted.
O'CONNOR, C.J., and O'DONNELL and FRENCH, JJ., dissent.

**2015–0010. State v. Burden.**
Summit App. No. 27593. On motion for stay of court of appeals' judgment. Motion denied.
O'CONNOR, C.J., not participating.

**2015–0013. Ziegler v. Burton Carol Mgt., L.L.C.**
Lake App. No. 2014–L–022, 2014-Ohio-4740. On motion to stay enforcement of judgment pending appeal. Motion denied.

**2015–0038. Burton Carol Mgt., L.L.C. v. Ziegler.**
Lake App. No. 2014–L–039, 2014-Ohio-4741. On motion to stay enforcement of judgment pending appeal. Motion denied.

**2015–0061. State v. Van Buskirk.**
Allen App. No. 1–14–16. On motion for delayed appeal. Motion denied.

**2015–0071. State v. Dixson.**
Seneca App. No. 13–13–53, 2014-Ohio-4539. On motion for delayed appeal. Motion denied.
KENNEDY and O'NEILL, JJ., dissent.

**2015–0077. State v. Pittman.**
Marion App. No. 9–13–65, 2014-Ohio-5001. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 1 of the court of appeals' judgment entry filed December 19, 2014:
"Is a person subject to prosecution under R.C. 2929.21(B) for the nonpayment of an arrearage-only child support order when he or she has no current legal obligation to support the emancipated child?"
The conflict case is *State v. Dissinger*, 5th Dist. Delaware No. 02CA–A–02–010, 2002-Ohio-5301.

**2015–0079. State v. Quinn.**
Lucas App. Nos. L–14–1037 and L–14–1045, 2014-Ohio-5211. On motion for delayed appeal. Motion denied.
O'NEILL, J., dissents.

**2015–0090. State v. Chaffins.**
Scioto App. No. 13CA3559, 2014-Ohio-1969. On motion for delayed appeal. Motion denied.

**2015–0093. State v. Lipker.**
Clark App. No. 2012–CA–55, 2013-Ohio-3278. On motion for delayed appeal. Motion denied.

**2015–0101. State v. Thomas.**
Franklin App. Nos. 11AP–293 and 11AP–294. On motion for delayed appeal. Motion denied.

**2015–0103. State v. Frye.**
Scioto App. No. 14CA3604, 2014-Ohio-5016. On motion for delayed appeal. Motion denied.

**2015–0165. State v. Bryant.**
Ross App. No. 14CA3434, 2014-Ohio-5535. On motion for delayed appeal. Motion denied.
PFEIFER and O'NEILL, JJ., dissent.

**2015–0228. State v. Carpenter.**
Lawrence App. No. 14CA13, 2014-Ohio-5698. On emergency motion for stay of court of appeals' judgment. Motion granted and bond stayed.
O'CONNOR, C.J., and O'DONNELL and LANZINGER, JJ., dissent.